United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-20783
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL MORENO-MERCADO, also known as Jose Garcia-Sandoval,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:01-CR-584-ALL
--------------------

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Manuel
Moreno-Mercado (Moreno) has requested leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967).  Moreno has not filed a response.  Our independent review
of the record and counsel's brief discloses no nonfrivolous issue
for appeal.  Counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities, and the appeal
is DISMISSED.  See 5TH CIR. R. 42.2.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.